E-FILED
Friday, 30 March, 2012  12:11:12 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 11-3365 |
| GENE MILLER COMPANY d/b/a MILLER THE DRILLER AND MILLER THE DRILLER, INC., | ) ) ) ) | |
| Defendants. | ) | |

## OPINION

SUE E. MYERSC0UGH, U.S. District Judge:

The Court now considers Plaintiffs' Motion For Default Judgment (Motion) (d/e 8) pursuant to Fed.R.Civ.P. 55.  In support of the Motion, Plaintiffs state as follows:

    1.  The Complaint in this matter was filed on September 27, 2011.

    2.  On October 21, 2011, Kristine Young, Registered Agent and President of Defendants, signed a Waiver of Service and Summons.

    3.  The Defendants failed to timely file a responsive pleading.

    4.  United States Magistrate Judge Byron G. Cudmore entered an Order of Default against Defendants on February 21, 2011.

In light of these facts, the Court finds that Plaintiffs are entitled to the fees, costs, and damages listed in the Motion. Specifically, a default judgment is awarded in favor of Plaintiffs and against Defendants as follows:

A. That Judgment be entered in favor of the Plaintiffs and against the Defendants for payment of delinquent contributions for the period of July, August, December 2009 and September 2010 in the amount of $14,129.98; liquidated damages at the rate of 15% are due in the amount of $2,199.50 and interest at the rate of 9% in the amount of $1,271.70; and

B. That Defendants be decreed to pay to the Plaintiffs attorney fees in the amount of $3,381.69, as provided by the trust agreements and ERISA, 29 U.S.C. Section 1132(g)(2).

Plaintiffs' Motion For Default Judgment (d/e 8) is GRANTED. This case is CLOSED.

ENTER: March 29, 2012

    FOR THE COURT:

                                          s/ Sue E. Myerscough
                                          SUE E. MYERSCOUGH
                                          UNITED STATES DISTRICT JUDGE